[Nos. 16461-2-II; 17621-1-II.   Division Two.   March 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY WILLIAM VANDERSLICE, *Appellant*.

*In the Matter of the Personal Restraint of* ROY WILLIAM VANDERSLICE, *Petitioner.*

Appeal from a judgment of the Superior Court for Skamania County, No. 91-1-00075-0, Ted Kolbaba, J., entered September 17, 1992, together with a petition for personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 29922-1-I.   Division One.   March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS F. MORA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04673-1, Mary Wicks Brucker, J., entered December 20, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 32169-2-I.   Division One.   March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JEFFREY AMADON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02287-3, Joan E. DuBuque, J., entered January 8, 1993. *Affirmed* by unpublished per curiam opinion.